## TRIANGLE BEVERAGE CO. v. ALLBEV, INC.

No. 120P91

Case below: 101 N.C.App. 244

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 2 May 1991.

## YOUNG v. STEWART

No. 102P91

Case below: 101 N.C.App. 312

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

### PETITIONS TO REHEAR

## KIRKMAN v. WILSON

No. 242A90

Case below: 328 N.C. 309

Petitions by plaintiffs and defendants to rehear pursuant to Rule 31 denied 2 May 1991.

## STATE v. WHITTLE

No. 164PA90

Case below: 328 N.C. 456

Petition by plaintiffs to rehear pursuant to Rule 31 denied 2 May 1991.